

Page **1** of **1**

<u>**Via Electronic Filing**</u>                     **December 9, 2022**

The Honorable Judge Jennifer L. Rochon
U.S. District Court, Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

       Re.: *Toro v. Gift Crates, LLC*
       Case No: 1:22-cv-06131-JLR

This law firm represents Defendant, Gift Crates, LLC ("Defendant"), in the above-referenced matter. Defendant was served on October 19, 2022 [Doc 8]. On November 8, 2022 Defendant filed a letter motion for extension of time [Doc 10], which was granted making the current deadline for Defendant to respond to the Complaint is December 9, 2022.

The undersigned counsel, files this letter motion on behalf of Defendant, with Plaintiff's consent, respectfully requesting an extension of time for Defendant to answer, move, or otherwise respond to the Complaint to January 9, 2023. Defendant requests the extension of time to respond to the Complaint as the parties are currently exploring settlement negotiations.

This is Defendant's second request for an extension of time to respond to the Complaint.

Plaintiff does not oppose an extension of Defendant's time to respond to the Complaint so that Defendant may adequately respond to the Complaint and the parties may explore potentially resolving this matter. We thank the Court for its attention to this matter.

                     Respectfully,

                     Ian E. Smith, Esq.
                     Partner, Spire Law, LLC