

# Mars Khaimov Law, PLLC

                                          6 64th Avenue, Second Floor
                                          Hills, NY 11375
                                          29.324.0717
                                          29.333.7774
                                          l: mars@khaimovlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2023

**VIA ECF**
Honorable Mag. Stewart D. Aarom
United States District Magistrate
Southern District of New York
500 Pearl St.
New York, NY 10007

                                                                                       February 22, 2023

        Re:    <u>Toro v. Gift Crates, LLC.</u>
                    <u>Case No. 1:22-cv-6131</u>

Dear Judge Aaron:

      Plaintiff submits this letter-motion seeking an adjournment of the conference scheduled for February 23, 2023 at 11am. Plaintiff's counsel has an in-person conference scheduled for the same time and, thus, cannot appear for this conference. The conflicting conference, which is before Magistrate Barbara Moses, has already been adjourned previously. Further, the Parties are discussing a possible early resolution to the matter and are hopeful the initial conference will not be necessary. A thirty-day adjournment is being requested to March 22, 2023, or a date more convenient to the Court. This is the first time this relief is being requested and both Parties consent.

      We thank the Court for its attention and consideration herein.

                                                          Respectfully submitted,

                                                          Mars Khaimov, Esq.

Cc: all counsel of record

                          Application GRANTED. The Initial Pretrial Conference scheduled for February 23, 2023 is adjourned until March 22, 2023 at 11:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. The parties are reminded to file a proposed case management plan at least one week prior to the conference. (*See* 1/12/2023 Order, ECF No. 12.) SO ORDERED.
                          Dated: February 22, 2023